In the Matter of Robert C. McCormick, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Milton Speiser.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (October 29, 1937.)

In the Matter of the Application of Harry W. Laidler and Others, Petitioners, Appellants, for an Order Directing the Board of Elections in the City of New York, Respondents, to Accept for Filing Certain Certificates of Substitution, Nominating Isidore Nagler and Others, as Candidates of the Socialist Party for Public Offices to Be Filled at the General Election of November 2nd, 1937, to Recognize Isidore Nagler and Others as Said Candidates of the Socialist Party; to Print the Names of Said Isidore Nagler and Others upon the Paper or Machine Ballot, and for Further Relief.— Order affirmed in so far as it denies the application of Herman Weinkrantz to be substituted in the place of Jack Butler as Socialist candidate for member of the Assembly from the sixth Assembly district, county of Bronx, and said order in all other respects reversed and the motion granted. Order entered October 27, 1937, vacated. [See *ante*, p. 741.] No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of Isidore Nagler and Others for a Mandamus Order against S. Howard Cohen and Others, Constituting the Board of Elections in the City of New York, and Bernard McDonnell and American Labor Party.— Motion denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See *ante*, p. 741.]